```
Richard A. Brody, Esq. (SBN 100379)
Lenneal K. Gardner, Esq. (SBN 248739)
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: 415.489.7420
Facsimile:  415.489.7426
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JENKINS,<br>         Plaintiff,<br><br>vs.<br><br>ALLIED PACKING, et al.,<br><br>         Defendants. | Case No. 08-cv-01671-L-JMA<br><br>**STIPULATION JOINTLY REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITHOUT PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT AND (PROPOSED) ORDER**<br><br>Hearing Date: December 8, 2008<br>Time:            10:30 a.m.<br>Courtroom.:  14<br>Judge:          Hon. M. James Lorenz<br><br>**Complaint Filed: July 21, 2008** |

Plaintiff Michael Jenkins ("Plaintiff") and defendant Viad Corp. ("Viad") submit this stipulation jointly requesting that the Court issue an order dismissing without prejudice Plaintiff's action against Viad Corp. and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between Plaintiff and Viad, through their respective attorneys of records, as follows:

Plaintiff initiated this action on July 21, 2008, by filing his complaint for damages in the Superior Court of the State of California for the County of San Diego, Case No. 37-2008-00088099-CU-AS-CTL.

1    Following service of summons on its agent for service of process, Viad timely removed this case to the United States District Court for the Central District of California, asserting defenses under federal law to Plaintiff's action against Viad. No other defendant filed and served a notice of removal in this case, *Michael E. Jenkins. vs. Allied Packing, et al.*, 08-cv-01671-L-JMA, and no other defendant joined in Viad's notice of removal.

   Plaintiff has filed a motion to remand the case to the Superior Court of the State of California for the County of San Diego. Viad has filed opposition to that motion, asserting the Court's removal jurisdiction under 28 U.S.C. § 1442(a)(1). No other defendant has filed and served opposition to Plaintiff's motion to remand. Plaintiff's motion to remand is pending before the Court.

   Plaintiff and Viad jointly request that the Court dismiss without prejudice Plaintiff's action against Viad and remand this case in its entirety to state court. With the dismissal of Plaintiff's action against Viad, there will remain in this action no party that has invoked the jurisdiction of the Federal courts in this case.

   Plaintiff's willingness to stipulate to the dismissal without prejudice of his action against Viad is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California for the County of San Diego, and Viad's willingness to stipulate to the remand of this case to state court is conditioned on the dismissal without prejudice of Plaintiff's action against it. If the Court orders the dismissal without prejudice of Plaintiff's action against Viad and the remand of this case in its entirety to state court, Plaintiff and Viad will waive any claims for costs and expenses as against each other.

   IT IS SO STIPULATED.

DATED: November 10, 2008

Respectfully submitted,

BRENT COON & ASSOCIATES

By: _____
LENNEAL K. GARDNER
Attorneys for Plaintiff

Richard A. Brody
   Rick.Brody@bcoonlaw.com
Lenneal K. Gardner
   Lenneal.Gardner@bcoonlaw.com

1  Brent Coon & Associates
   44 Montgomery Street, Suite 800
2  San Francisco, CA 94104
   Tel: (415) 489-7420
3  Fax: (415) 489-7426

4  Attorney for Plaintiff
   Michael E. Jenkins

5

6  DATED: November ___, 2008

    Respectfully submitted,

FOLEY & MANSFIELD PLLP

By: _____
PETER B. LANGBORD
Attorneys for defendant VIAD CORP.

Peter B. Langbord
PLangbord@FoleyMansfield.com
Foley & Mansfield PLLP
150 South Los Robles Ave., Suite 400
Pasadena, California 91101
Tel: (626) 744-9359
Fax: (626) 744-1702

Attorneys for Defendant
Viad Corp.

**IT IS HEREBY ORDERED THAT:**

Based on the stipulation of the above parties, defendant Viad Corp is hereby dismissed without prejudice from the instant action. It is further ordered that the above case, *Michael E. Jenkins. vs. Allied Packing, et al.*, 08-cv-01671-L-JMA, be remanded to the Superior Court of the State of California in and for the County of San Diego.

DATED: November 13, 2008.

_____
HONORABLE M. JAMES LORENZ
Judge of the United States District Court